IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LAW OFFICE OF KRUG, | § | |
| | § | No. 106, 2019 |
| Defendant-Below, | § | |
| Appellant/Cross-Appellee, | § | Court Below: |
| | § | Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| A&J CAPITAL, INC., | § | C.A. No. 2018-0240-JRS |
| | § | |
| Plaintiff-Below, | § | |
| Appellee/Cross-Appellant. | § | |

Submitted: October 30, 2019
Decided: November 1, 2019

Before **VALIHURA**, Acting Chief Justice;[*] **SEITZ** and **TRAYNOR**, Justices.

### O R D E R

This 1st day of November 2019, the court having considered this matter on the briefs and oral arguments of the parties and the record below and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Memorandum Opinion dated January 29, 2019 and its Final Order and Judgment dated February 8, 2019;

NOW, THEREFORE IT IS ORDERED that the judgment of the Court of Chancery be and the same hereby is, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Acting Chief Justice

---

[*] Pursuant to Del. Const. Art. IV §§ 2, 13.